```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   8/9/24
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
ADRIATIK BERISHA and WALTER MENDEZ, *on*  :
*behalf of themselves and others similarly situated*,  :
:
                                   Petitioner,  :     24-cv-3202 (LJL)
:
      -v-  :     ORDER
:
BENJAMIN RESTAURANT GROUP LLC et. al.,  :
:
                                 Respondent.  :
                                                                  X
-------------------------------------------------------------------

LEWIS J. LIMAN, United States District Judge:

      The Clerk of Court is respectfully directed to dismiss this case without prejudice based on the consent of the Plaintiffs. Dkt. No. 44. The parties have not agreed upon a settlement. *See Samake v. Thunder Lube, Inc.*, 24 F.4th 804, 807 (2d Cir. 2022).

      SO ORDERED.

Dated: August 9, 2024
       New York, New York

                                                               LEWIS J. LIMAN
                                            United States District Judge